1   ROBBINS ARROYO LLP
    BRIAN J. ROBBINS (190264)
2   brobbins@robbinsarroyo.com
    KEVIN A. SEELY (199982)
3   kseely@robbinsarroyo.com
    GINA STASSI (261263)
4   gstassi@robbinsarroyo.com
    MICHAEL J. NICOUD (272705)
5   mnicoud@robbinsarroyo.com
    600 B Street, Suite 1900
6   San Diego, CA 92101
    Telephone: (619) 525-3990
7   Facsimile: (619) 525-3991

8   Attorneys for Plaintiff

9   [Additional Counsel on Signature Page]

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13  EUGENE F. TOWERS, Derivatively on   )   Case No.
    Behalf of THE WALT DISNEY COMPANY,  )
14                                      )
                        Plaintiff,      )
15                                      )
              v.                        )   ADMINISTRATIVE MOTION TO SEAL
16                                      )   PORTIONS OF VERIFIED STOCKHOLDER
    ROBERT A. IGER, ALAN BERGMAN,       )   DERIVATIVE COMPLAINT FOR BREACH
17  EDWIN CATMULL, JAMES A. RASULO,     )   OF FIDUCIARY DUTY AND UNJUST
    THOMAS O. STAGGS, SUSAN E.          )   ENRICHMENT PURSUANT TO CIVIL
18  ARNOLD, JOHN S. CHEN, JACK DORSEY,  )   LOCAL RULES 7-11 AND 79-5(D)
    FRED H. LANGHAMMER, AYLWIN B.       )
19  LEWIS, MONICA C. LOZANO, ROBERT     )
    W. MATSCHULLAT, SHERYL              )
20  SANDBERG, ORIN C. SMITH, and        )
    RICHARD W. COOK,                    )
21                                      )
                        Defendants,     )
22                                      )
              – and –                   )
23                                      )
    THE WALT DISNEY COMPANY, a          )
24  Delaware corporation,               )
                                        )
25                  Nominal Defendant.  )
                                        )
26
27
28

    ADMINISTRATIVE MOTION TO SEAL PORTIONS OF VERIFIED SHAREHOLDER
    DERIVATIVE COMPLAINT PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d)



Pursuant to Civil Local Rules 7-11 and 79-5(d), plaintiff Eugene F. Towers ("Plaintiff"), derivatively on behalf of The Walt Disney Company ("Disney" or the "Company"), hereby moves the Court for leave to file portions of his Verified Stockholder Derivative Complaint for Breach of Fiduciary Duty and Unjust Enrichment ("Complaint") under seal.  The portion of the Complaint requested to be sealed contain quotations, references to, or information taken or derived from documents or materials that nominal defendant Disney has designated "Confidential."

Prior to filing the Complaint, Plaintiff made an inspection demand on the Company, pursuant to 8 Delaware General Corporation Law Code section 220, in order to investigate the wrongdoing alleged in the Complaint.  *See* Declaration of Michael J. Nicoud in Support of Plaintiff's Motion to Seal Portions of Verified Stockholder Derivative Complaint for Breach of Fiduciary Duty and Unjust Enrichment Pursuant to Civil Local Rules 7-11 and 79-5(d), ¶2.  The Company agreed to produce certain documents and materials to Plaintiff subject to the parties' entry into a confidentiality agreement (the "Confidentiality Agreement").  *Id.*, ¶3.  The Confidentiality Agreement requires that any complaint or other pleading contacting information or material designated as "Confidential" or "Highly Confidential" be filed under seal.  *Id.*

Civil Local Rule 79-5 governs requests for the filing under seal of entire documents or portions of documents that contain material that is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L. R. 79-5 (a)-(c).  Civil Rule 79-5(d)(1) sets forth the following procedures applicable to the filing of sealed documents in civil cases: " A party seeking to file a document, or portions thereof, under seal … must [f]ile an Administrative Motion to File Under Seal, in conformance with Civil L.R. 7-11."

Plaintiff now seeks to file a portion of the Complaint under seal in order to comply with the confidentiality designations of nominal defendant Disney in this action and the applicable Local Rules.  Accordingly, Plaintiff requests that the highlighted paragraphs of the Complaint be filed under seal in compliance with the parties' Confidentiality Agreement and Civil Local Rule 79-5.

ADMINISTRATIVE MOTION TO SEAL PORTIONS OF VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d)

1  Dated: September 29, 2015                     Respectfully submitted,

2                                                ROBBINS ARROYO LLP
                                                 BRIAN J. ROBBINS
3                                                KEVIN A. SEELY
                                                 GINA STASSI
4                                                MICHAEL J. NICOUD

5

6                                                        MICHAEL J. NICOUD

7                                                600 B Street, Suite 1900
                                                 San Diego, CA 92101
8                                                Telephone: (619) 525-3990
                                                 Facsimile: (619) 525-3991
9                                                brobbins@robbinsarroyo.com
                                                 kseely@robbinsarroyo.com
10                                               gstassi@robbinsarroyo.com
                                                 mnicoud@robbinsarroyo.com
11

12                                               PROFY PROMISLOFF & CIARLANTO, P.C.
                                                 JOSEPH M. PROFY
13                                               JEFFREY. J. CIARLANTO
                                                 DAVID M. PROMISLOFF
14                                               100 N. 22nd Street, Unit 105
                                                 Philadelphia, PA 19103
15                                               Telephone: (215) 259-5156
                                                 Facsimile: (215) 600-2642
16                                               profy@prolawpa.com
                                                 ciarlanto@prolawpa.com
17                                               david@prolawpa.com

18                                               Attorneys for Plaintiff

19

20

21

22

23

24

25

26  1056633

27

28                                               2
────────────────────────────────────────────────
ADMINISTRATIVE MOTION TO SEAL PORTIONS OF VERIFIED SHAREHOLDER
DERIVATIVE COMPLAINT PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d)