ALLEN J. RUBY (SBN 47109)
JACK P. DICANIO (SBN 138782)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570
allen.ruby@skadden.com
jack.dicanio@skadden.com

Attorneys for Defendants
THE WALT DISNEY COMPANY,
ROBERT A. IGER, ALAN BERGMAN,
EDWIN CATMULL, JAMES A. RASULO,
THOMAS O. STAGGS, SUSAN E.
ARNOLD, JOHN S. CHEN, JACK
DORSEY, FRED H. LANGHAMMER,
AYLWIN B. LEWIS, MONICA C.
LOZANO, ROBERT W. MATSCHULLAT,
SHERYL SANDBERG, ORIN C. SMITH
AND RICHARD W. COOK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EUGENE F. TOWERS, | CASE NO.: 5:15-cv-04609-BLF |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF ALLEN J. RUBY |
| ROBERT A. IGER, et al., | |
| Defendants. | |

NOTICE OF APPEARANCE OF ALLEN J. RUBY                                       CASE NO.: 5:15-cv-04609-BLF

1  PLEASE TAKE NOTICE that Allen J. Ruby, California State Bar No. 47109, of Skadden,
2 Arps, Slate, Meagher & Flom LLP, hereby enters his appearance as counsel of record for
3 Defendants The Walt Disney Company, Robert A. Iger, Alan Bergman, Edwin Catmull, James A.
4 Rasulo, Thomas O. Staggs, Susan E. Arnold, John S. Chen, Jack Dorsey, Fred H. Langhammer,
5 Aylwin B. Lewis, Monica C. Lozano, Robert W. Matschullat, Sheryl Sandberg, Orin C. Smith and
6 Richard W. Cook in the above-captioned matter.

DATED: November 18, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/*Allen J. Ruby*_____
ALLEN J. RUBY
Attorneys for Defendants
THE WALT DISNEY COMPANY, ROBERT A. IGER, ALAN BERGMAN, EDWIN CATMULL, JAMES A. RASULO, THOMAS O. STAGGS, SUSAN E. ARNOLD, JOHN S. CHEN, JACK DORSEY, FRED H. LANGHAMMER, AYLWIN B. LEWIS, MONICA C. LOZANO, ROBERT W. MATSCHULLAT, SHERYL SANDBERG, ORIN C. SMITH AND RICHARD W. COOK