UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DREAMWORKS ANIMATION SKG INC., et al.,<br><br>　　　　Defendants.<br>_____<br>EUGENE F. TOWERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. IGER, et al.,<br><br>　　　　Defendants. | Case No. 14-CV-04062-LHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE**<br><br>Re: Dkt. No. 167 |

On December 2, 2015, Plaintiff Eugene Towers filed an administrative motion to consider whether his case should be related to *Nitsch v. Dreamworks Animation SKG Inc.*, No. 14-CV-04062-LHK (ECF No. 167). As the judge assigned to *Nitsch v. Dreamworks Animation SKG Inc.*, I find that *Towers* is not related and therefore deny the motion to relate.

1

Case No. 14-CV-04062-LHK
ORDER DENYING MOTION TO RELATE

The administrative motion was only filed on the *Dreamworks Animation* docket, but a copy of this Order shall be filed in both case dockets.

**IT IS SO ORDERED.**

Dated: December 11, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 14-CV-04062-LHK
ORDER DENYING MOTION TO RELATE